IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 03-39 |
| | ) | |
| EUGENE DEWAYNE STURDIVANT | ) | |

ORDER

The defendant's motion for a reduction of sentence pursuant to the 18 U.S.C. §

3582(c)(2) is hereby DENIED.  This Court is bound by the Third Circuit's opinion in United

States v. Mateo, 560 F.3d 152 (3d Cir. 2009), which is directly on point and requires the Court

to deny the motion.  The defendant has preserved his argument for a reduction in sentence should

the Third Circuit overrule Mateo.

Donetta W. Ambrose
Senior United States District Judge